| B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07) | Case Number **2:10−bk−17530−CGC** |
|---|---|

UNITED STATES BANKRUPTCY COURT District of Arizona

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 6/4/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
PAUL DAVID STENSON
941 S. SCALLOP DRIVE
GILBERT, AZ 85233

| Case Number:<br>2:10−bk−17530−CGC | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−1913 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>JOSEPH W. CHARLES<br>LAW OFFICES OF JOSEPH W. CHARLES, P.C.<br>PO BOX 1737<br>GLENDALE, AZ 85311−1737<br>Telephone number: 623−939−6546 | Bankruptcy Trustee (name and address):<br>DINA ANDERSON<br>21001 N. TATUM BLVD., #1630−608<br>PHOENIX, AZ 85050<br>Telephone number: 480−304−8312 |

## Meeting of Creditors
Date: **July 9, 2010**  Time: **02:00 PM**
Location: **US Trustee Meeting Room, 230 N. First Avenue, Suite 102, Phoenix, AZ**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 9/7/10**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003−1727<br>Telephone number: (602) 682−4000 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Brian D. Karth |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: 6/7/10 |

# EXPLANATIONS

B9A (Official Form 9A) (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Administrative Expenses in a Converted Case | If this case converted to a Chapter 7, a request for payment of an administrative expense, incurred before conversion, under 11 USC §503(a) must be filed within 90 days after the date set for the meeting of creditors. A governmental unit must file such a request within 180 days after the date of the conversion. |
| Dismissal of Case | This case shall be dismissed if the debtor(s) fail to appear at the meeting of creditors or fail to timely file all required schedules and statements. |

**All individual debtors must provide photo identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed.**

Refer to Other Side for Important Deadlines and Notices

# CERTIFICATE OF NOTICE

```
District/off: 0970-2           User: johnsonc              Page 1 of 1                 Date Rcvd: Jun 07, 2010
Case: 10-17530                 Form ID: b9a                Total Noticed: 21
```

The following entities were noticed by first class mail on Jun 09, 2010.
```
db           +PAUL DAVID STENSON,    941 S. SCALLOP DRIVE,    GILBERT, AZ 85233-7417
aty           JOSEPH W. CHARLES,    LAW OFFICES OF JOSEPH W. CHARLES, P.C.,    PO BOX 1737,
               GLENDALE, AZ  85311-1737
tr           +DINA ANDERSON,    21001 N. TATUM BLVD., #1630-608,    PHOENIX, AZ 85050-5268
9298739       Bank of America /Choice Privileges,    PO Box 15026,    Wilmington DE 19850-5026
9298741      +Capitol One,    PO Box 17083,    Charlotte NC 28227-0099
9298745       Citi Financial,    PO Box 6241,    Sioux Falls SD 57117-6241
9298747      +EMC Mortgage,    909 Hidden Rdg Ste. 200,    Irving TX 75038-3826
9298746      +EMC Mortgage,    PO Box 619063,    Dallas TX 75261-9063
9298748      +EMC Mortgage Corp,    PO Box 293150,    Lewisville TX 75029-3150
9298749      +FNB OMAHA,    PO BOX 3412,    Omaha NE 68103-0412
9298751      +SPS SELECT PORTFOLIO SERVICING,    3815  SOUTH WEST TEMPLE,    Salt Lake City UT 84115-4412
9298752      +SPS SERVICING,    P.O. BOX 65250,    Salt Lake City UT 84165-0250
9298750       Schoolsfirst Federal Credit Union,    2115 N. Broadway,    Santa Ana CA 92706-2613
```

The following entities were noticed by electronic transmission on Jun 07, 2010.
```
tr           +EDI: QDANDERSON.COM Jun 07 2010 19:03:00      DINA ANDERSON,    21001 N. TATUM BLVD., #1630-608,
               PHOENIX, AZ 85050-5268
smg           EDI: AZDEPREV.COM Jun 07 2010 19:03:00      AZ DEPARTMENT OF REVENUE,    BANKRUPTCY & LITIGATION,
               1600 W. MONROE, 7TH FL.,    PHOENIX, AZ  85007-2650
9298738       EDI: BANKAMER.COM Jun 07 2010 19:03:00      Bank of America,    PO Box 15026,
               Wilmington DE 19850-5026
9298742       EDI: CAPITALONE.COM Jun 07 2010 19:03:00      Capitol One,    PO Box 30281,
               Salt Lake City UT 84130-0281
9298740      +EDI: CAPITALONE.COM Jun 07 2010 19:03:00      Capitol One,    P. O. Box 60024,
               City Of Industry CA 91716-0024
9298743      +EDI: CAPITALONE.COM Jun 07 2010 19:03:00      Capitol One Bank,    PO Box 85015,
               Richmond VA 23285-5015
9298744       EDI: RMSC.COM Jun 07 2010 19:03:00      Care Credit / GEMB,    PO Box 981439,
               El Paso TX 79998-1439
9298753      +EDI: USAA.COM Jun 07 2010 19:03:00      USAA,    PO Box 14050,    Las Vegas NV 89114-4050
9298754       EDI: USAA.COM Jun 07 2010 19:03:00      USAA Federal Savings Bank,    10750 McDermott Freeway,
               San Antonio TX 78288-0570
                                                                                              TOTAL: 9

                  ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 09, 2010**                           **Signature:** _Joseph Speetjens_